FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 NOV 25 PM 2: 18

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROOSEVELT EMERSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV415-185 |
| SPRING HILL SUITES, CODY SELL, and TIM SCADDT, | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA